UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SERGIO D. FIORARANCIO, *on behalf of himself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Civil Action No. 3:21-cv-15775-GC-RLS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses this action with prejudice and without costs.

|  |  |
|---|---|
|  | KIM LAW FIRM LLC<br>Attorneys for Plaintiff |
| DATED: June 13, 2025 | *s/Yongmoon Kim*<br>Yongmoon Kim |
|  | BALLARD SPAHR LLP<br>Attorneys for Defendant |
| DATED: June 13, 2025 | *s/Daniel JT McKenna*<br>Daniel JT McKenna, Esq. |

The Clerk of the Court is directed to **CLOSE** this case.

It is so ordered this 16th day of June, 2025

Georgette Castner, U.S.D.J.